IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EUGENE BERNARD JACKSON,

    Petitioner,

v.                                              CASE NO. 1:06-cv-00152-MP-AK

JAMES MCDONOUGH,
JACK SAPP,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 20, Motion to Extend Time to Respond to the Report and Recommendation. The Motion is granted, and Mr. Jackson shall have until July 23, 2008, to file a response to the Report and Recommendation.

**DONE AND ORDERED** this _3rd_ day of July, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge