IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EUGENE BERNARD JACKSON,

    Petitioner,

v.                                            CASE NO. 1:06-cv-00152-MP-AK

JAMES MCDONOUGH, JACK SAPP,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 26, Motion for Relief from Judgment by Eugene Bernard Jackson. Mr. Jackson seeks to have the Court reexamine its order adopting the Report and Recommendation in this case and denying his petition. Mr. Jackson's motion, however, is based merely upon arguments already raised and considered by this Court. Accordingly, the motion is denied.

**DONE AND ORDERED** this  12th  day of March, 2010

                              *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge